UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60778-CV-DIMITROULEAS

RAUL FERNANDO CRUZ MARADIAGA,

     Petitioner,

v.

Kristi Noem, Secretary,
Department of Homeland Security;
Pam Bondi, Attorney General of
the United States;
Todd Lyons, Director of
Immigration and Customs Enforcement (ICE);
Juan Agudelo, Field Office Director Miami; and
Cynthia Lawson-Swain Facility Administrator
of Broward Transitional Center
in their official capacities,

     Respondents.

_____/

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

**THIS CAUSE** is before the Court on Petitioner RAUL FERNANDO CRUZ

MARADIAGA ("Petitioner")'s Petition for Writ of Habeas Corpus (the "Petition") [DE 1], filed

March 18, 2026. The Court has considered the Petition [DE 1] and is otherwise fully advised in

the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. No later than **March 25, 2026**, Respondents shall file a response to the Petition.

   Petitioner may file a reply on or before March 30, 2026.

2. The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 19th day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov