UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60778-CV-DIMITROULEAS

RAUL FERNANDO CRUZ MARADIAGA,

     Petitioner,

v.

Kristi Noem, Secretary,
Department of Homeland Security;
Pam Bondi, Attorney General of
the United States;
Todd Lyons, Director of
Immigration and Customs Enforcement (ICE);
Juan Agudelo, Field Office Director Miami; and
Cynthia Lawson-Swain Facility Administrator
of Broward Transitional Center
in their official capacities,

     Respondents.
_____/

## **ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

**THIS CAUSE** is before the Court on Petitioner RAUL FERNANDO CRUZ

MARADIAGA ("Petitioner")'s Petition for Writ of Habeas Corpus (the "Petition") [DE 1], filed

March 18, 2026.  The Court has considered the Petition, the Respondent's March 25, 2026,

Response [DE 5], notes that no Reply was filed by Petitioner[1], and is otherwise fully advised in

the premises.

Upon careful consideration of the arguments presented by both sides, the Court is

persuaded by the reasoning and conclusion of the recent decision entered on February 6, 2026 by

the Fifth Circuit Court of Appeals, holding that the noncitizen petitioners in removal proceedings

were subject to mandatory detention under 28 U.S.C. § 1225(b)(2) because they were present in

---

[1] The Court's March 19, 2026 Order Requiring Expedited Response from Respondents permitted Petitioner to file a reply on or before March 30, 2026. [DE 3].

the United States without being admitted or paroled, despite having entered illegally many years ago. *See Buenrostro-Mendez v. Bondi et al.*, Case. Nos. 25-20496; 25-40701 (Feb. 6, 2026).  The Court adopts the analysis of the majority opinion of that decision as if set forth herein. *See also Herrera Avila v. Bondi et al.*, Case. Nos. 25-3248 (8th Cir., Mar. 25, 2026) (agreeing with analysis in *Buenrostro-Mendez v. Bondi*; reversing district court's holding that the Government could not detain petitioner without bond under § 1225(b)(2)(A) and in granting habeas relief on that basis).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Petitioner's Petition for Writ of Habeas Corpus [DE 1] is **DENIED**.

2.  The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of March 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov